# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## STATE OF LOUISIANA

| | |
|---|---|
| **DEMPSTER WILSON** | **CIVIL ACTION** |
| **VERSUS** | **JUDGE** |
| **ZACHARY INDUSTRIAL, INC.** | **STATE OF LOUISIANA** |

## COMPLAINT FOR RACIAL DISCRIMINATION

**NOW INTO COURT**, through undersigned counsel of record, comes and appears **DEMPSTER WILSON**, person of the full age of majority, who resides in East Baton Rouge Parish, Louisiana, who respectfully shows the Court as follows:

### I.

Made defendant herein:

**ZACHRY INDUSTRIAL, INC.**, a foreign business corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

### II.

The retaliatory and discriminatory disciplinary action forming a primary basis of this suit occurred on February 20, 2024.

### III.

Petitioner was employed by Defendant and performed his job duties in a satisfactory manner. On October 23, 2023, Petitioner sustained a work-related injury while working at a Zachry Industrial job site and reported the injury to his employer.

### IV.

On February 19, 2024, Petitioner and approximately forty crew members were informed that their scheduled 10-hour shift would be extended to 12 hours.

Employees who were not African-American refused to work beyond 10 hours and received no disciplinary action. African-American employees, including Petitioner, were later informed that their shifts would be extended even further for an unspecified duration despite the existence of a scheduled night crew. When African-American employees declined the additional hours, they were threatened with disciplinary action. On February 20, 2024, only the African-American employees, including Petitioner, were disciplined and suspended for three days without pay.

### V.

Petitioner had no prior disciplinary history, and the punishment imposed was excessive, inconsistent with company policy, and discriminatorily applied. Defendant falsely accused Petitioner of leaving work early, an accusation Petitioner disputed.

### VI.

On February 23, 2024, Petitioner reported discrimination through Defendant's internal dispute resolution process and filed a Charge of Discrimination with the EEOC. Defendant

prematurely closed its internal investigation and relied solely on supervisor statements falsely claiming Petitioner abandoned his job.

## VII.

Defendant's conduct constitutes race discrimination in violation of La. R.S. 23:332 and Title VII.

Defendant's conduct constitutes retaliation for protected activity in violation of La. R.S. 23:332 and Title VII.

Defendant's actions also give rise to liability under 42 U.S.C. § 1983 to the extent proven at trial.

## VIII.

Plaintiff is further entitled to an award of punitive damages. Defendant's actions were undertaken with malice and/or with reckless indifference to Plaintiff's federally protected civil rights.  As a direct result of Defendant's unlawful conduct, Petitioner has suffered lost wages, lost benefits, emotional distress, humiliation, damage to his professional reputation, loss of earning capacity, and has incurred attorney fees and litigation expenses.

## IX.

**WHEREFORE**, Petitioner prays that Defendant be served and that after due proceedings there be judgment in his favor for:

1. Back pay and benefits

2. Front pay or reinstatement

3. Compensatory damages

4. Damages under La. R.S. 23:332, , , and 42 U.S.C. § 1983

5. Punitive damages

6. Attorney fees and costs

7. Legal interest from date of judicial demand

8. All equitable relief deemed just and proper

Respectfully Submitted,

Gregory J. Miller (17059)
Miller & Hilgendorf
3960 Government Street
Baton Rouge, LA  70806
Tel: (225) 343-2205
Fax: (225) 343-2870
Email: GJM@MLHlaw.com
*Attorney for Plaintiff*